**FILED**

APR 1 2 2016

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE: Regina Gloria Fields :

_____ :     Case No. 16 - 14904

                                   :     Chapter _____7_____

                                   :     Adversary No. _____
                                         (If Applicable)
**Movant/Plaintiff**               :

**vs.**                            :

**Respondent/Defendant**           :     Motion To Extend Automatic Stay

~~PRAECIPE~~

A dismissal was issued in previous Chapter 7
Bankruptcy Case No. 16-11584 for failure
to submit a Certificate of Credit Counseling.
The movant inadvertently filed the Debtor
Education Certificate instead of the Credit
Counseling Certificate. This bankruptcy
petition has been filed in good faith.
The Certificate of Credit Counseling has been
filed. Movant requests that an order imposing the
automatic stay upon all creditors effective the date this matter
was filed and until this matter is concluded.

Date: April 12, 2016

Address: 4500 Lords Landing Rd

Apt 404 Upper Marlboro, MD 20772

Telephone no.: 240 614-6502

Regina Gloria Fields
Debtor Print Name

Regina Gloria Fields
Debtor's Signature

_____
Joint Debtor - Print Name

_____
Joint Debtor's Signature

_____
Debtor's Counsel

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: Regina Gloria Fields

Case Number: 16-14904

Chapter: 7

Debtor(s)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _12_ day of _April_, a copy of _the Motion to Extend Automatic Stay_

was mailed via _First Class mail_
to the following parties of interest:

The Creditors listed on the Creditor Matrix filed with the above-mentioned bankruptcy petition.

Regina B. Fields
Signature

matrix.txt

```
Prestige Financial Services
P.O. Box 26707
Salt Lake, UT 84126-0707

Prestige Financial Services, Inc.
Evans Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120-4036

Verizon Wireless
Attn:  Correspondence Team
P.O. Box 5029
Wallingford, CT 06492-7529

Navient
P.O. Box 9533
Wilkes-Barre, PA 18773-9533

Enhanced Recovery
P.O. Box 57547
Jacksonville, FL 32241-7547

Comcast Corporation
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103-2899

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024-5837

Yes Energy
7751 Belfont Parkway, Suite 300
Jacksonville, FL 32256-6943

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Comptroller of the Treasury
Compliance Division
Room 409
301 W. Preston Street
Baltimore, MD 21201

Capital One
General Correspondence
P.O. Box 30253
Salt Lake City, UT 84130-0253

Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047

Professional Management
633 W. Wisconsin Avenue
Milwaukee, WI 53203-1920

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608
```

matrix.txt

First Pay Loans
P.O.Box 1144
MIssion s, SD 57555-1144

Comptroller of Maryland
Revenue Administration Building
Annapolis, MD 21411-0001